**EXHIBIT "1"**

```
        KANPAI
    20 N FEDERAL HWY
  BOCA RATON, FL  33432
      (561) 361-8688

Merchant ID: 000017245803
                    Ref #: 0902
Server ID: 26

           Sale

XXXXXXXXXXXX████
VISA        Entry Method: Swiped


Amount:        $      65.72
Tip:                   10
Total:                 75.72
           =================

03/22/16              18:34:52
Inv #: 000056  Appr Code: 03576C
Transaction ID: 306082812921422
Apprvd: Online    Batch#: 000012
```